ACCO,(AFMx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:19−cv−01278−SVW−AFM

| | |
|---|---|
| James Domen et al v. Vimeo, Inc., et al | Date Filed: 06/25/2019 |
| Assigned to: Judge Stephen V. Wilson | Date Terminated: 09/04/2019 |
| Referred to: Magistrate Judge Alexander F. MacKinnon | Jury Demand: None |
| Demand: $75,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1332 Diversity−(Citizenship) | Jurisdiction: Diversity |

**Plaintiff**

**James Domen**　　　　　　　　　　　　　　represented by **Jennifer Lynn Bursch**
*an individual*　　　　　　　　　　　　　　　　　　　　　　　　Tyler and Bursch LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　25026 Las Brisas Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Murrieta, CA 92562
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　951−600−2733
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 951−600−4996
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jbursch@tylerbursch.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert H Tyler**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tyler and Bursch LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　25026 Las Brisas Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Murrieta, CA 92562
　　　　　　　　　　　　　　　　　　　　　　　　　　　　951−600−2733
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 951−600−4996
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: rtyler@tylerbursch.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Nada Nassar Higuera**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tyler and Bursch LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　25026 Las Brisas Road
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Murrieta, CA 92562
　　　　　　　　　　　　　　　　　　　　　　　　　　　　951−600−2733
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 951−600−4996
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: nhiguera@tylerbursch.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Church United**　　　　　　　　　　　　　　represented by **Jennifer Lynn Bursch**
*a California not−for−profit corporation*　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert H Tyler**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Nada Nassar Higuera**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vimeo, Inc.**
*a Delaware for–profit corporation*

represented by **Jean–Paul Jassy**
Jassy Vick Carolan LLP
800 Wilshire Boulevard Suite 800
Los Angeles, CA 90017
310–870–7048
Fax: 310–870–7010
Email: jpjassy@jassyvick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin L Vick**
Jassy Vick Carolan LLP
800 Wilshire Boulevard Suite 800
Los Angeles, CA 90017
310–870–7048
Fax: 310–870–7010
Email: kvick@jassyvick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 25, inclusive*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/25/2019 | Ï 1 | COMPLAINT Receipt No: 0973–23981263 – Fee: $400, filed by Plaintiffs James Domen, Church United, a California not–for–profit corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Attorney Nada Nassar Higuera added to party Church United, a California not–for–profit corporation(pty:pla), Attorney Nada Nassar Higuera added to party James Domen(pty:pla))(Higuera, Nada) (Entered: 06/25/2019) |
| 06/25/2019 | Ï 2 | CIVIL COVER SHEET filed by Plaintiffs Church United, a California not–for–profit corporation, James Domen. (Higuera, Nada) (Entered: 06/25/2019) |
| 06/25/2019 | Ï 3 | * CERTIFICATION AND NOTICE OF INTERESTED PARTIES * filed as NOTICE of Related Case(s) filed by Plaintiffs Church United, a California not–for–profit corporation, James Domen. (Higuera, Nada) Modified on 6/26/2019 (esa). (Entered: 06/25/2019) |
| 06/25/2019 | Ï 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Church United, a California not–for–profit corporation, James Domen. (Higuera, Nada) (Entered: 06/25/2019) |
| 06/26/2019 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Stephen V. Wilson and Magistrate Judge Alexander F. MacKinnon. (esa) (Entered: 06/26/2019) |

| | | |
|---|---|---|
| 06/26/2019 | ¨ 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (esa) (Entered: 06/26/2019) |
| 06/26/2019 | ¨ 7 | 21 DAY Summons issued re Complaint 1 as to defendant Vimeo, Inc. (esa) (Entered: 06/26/2019) |
| 06/27/2019 | ¨ 8 | NEW CASE ORDER upon filing of the complaint by Judge Stephen V. Wilson. (pc) (Entered: 06/27/2019) |
| 07/11/2019 | ¨ 9 | SERVICE UNDER FRCP 5(b)(2)(D) Executed by Plaintiff James Domen, Church United, upon Defendant Vimeo, Inc. served on 6/28/2019, answer due 7/29/2019. Service of the Summons and Complaint were executed upon the Clerks Office in compliance with Federal Rules of Civil Procedure. (Higuera, Nada) (Entered: 07/11/2019) |
| 07/19/2019 | ¨ 10 | NOTICE OF MOTION AND MOTION to Dismiss Case *for Improper Venue, or, Alternatively, to Transfer Venue* filed by Defendant Vimeo, Inc.. Motion set for hearing on 8/19/2019 at 01:30 PM before Judge Stephen V. Wilson. (Attachments: # 1 Exhibit A−F) (Attorney Jean−Paul Jassy added to party Vimeo, Inc.(pty:dft)) (Jassy, Jean−Paul) (Entered: 07/19/2019) |
| 07/19/2019 | ¨ 11 | CERTIFICATE of Interested Parties filed by Defendant Vimeo, Inc., identifying IAC/InterActiveCorp. (Jassy, Jean−Paul) (Entered: 07/19/2019) |
| 07/19/2019 | ¨ 12 | Corrected NOTICE OF MOTION AND MOTION to Dismiss Case *for Improper Venue, or, Alternatively, to Transfer Venue* filed by Defendant Vimeo, Inc.. Motion set for hearing on 8/19/2019 at 01:30 PM before Judge Stephen V. Wilson. (Attachments: # 1 Exhibit A−F) (Jassy, Jean−Paul) (Entered: 07/19/2019) |
| 07/19/2019 | ¨ 13 | NOTICE OF ERRATA filed by Defendant Vimeo, Inc.. correcting NOTICE OF MOTION AND MOTION to Dismiss Case *for Improper Venue, or, Alternatively, to Transfer Venue* 10 (Jassy, Jean−Paul) (Entered: 07/19/2019) |
| 07/29/2019 | ¨ 14 | Opposition to Defendant's Motion to Dismiss for Improper Venue, or Alternatively, To Transfer Venue; Declaration of James Domen Opposition re: Corrected NOTICE OF MOTION AND MOTION to Dismiss Case *for Improper Venue, or, Alternatively, to Transfer Venue* 12 filed by Plaintiffs Church United, James Domen. (Attachments: # 1 Declaration Re Service)(Higuera, Nada) (Entered: 07/29/2019) |
| 08/05/2019 | ¨ 15 | REPLY in support of Corrected NOTICE OF MOTION AND MOTION to Dismiss Case *for Improper Venue, or, Alternatively, to Transfer Venue* 12 filed by Defendant Vimeo, Inc.. (Jassy, Jean−Paul) (Entered: 08/05/2019) |
| 08/16/2019 | ¨ 16 | IN CHAMBERS ORDER TEXT ONLY ENTRY by Judge Stephen V. Wilson re : MOTION to Dismiss Case for Improper Venue, or, Alternatively, to Transfer Venue filed by Defendant 10 and Corrected MOTION to Dismiss Case for Improper Venue, or, Alternatively, to Transfer Venue 12 filed by Defendant − The motions are submitted. Orders to issue. The motions previously scheduled for August 19, 2019 at 1:30 p.m. are vacated and off calendar. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (tj) TEXT ONLY ENTRY (Entered: 08/16/2019) |
| 09/04/2019 | ¨ 17 | MINUTE ORDER IN CHAMBERS by Judge Stephen V. Wilson: ORDER GRANTING DEFENDANTS MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK AND DENYING MOTION TO DISMISS FOR IMPROPER VENUE 12 . Transferring case to Southern District of New York. Defendants Motion to Dismiss for Improper Venue is DENIED. Defendants Motion to Transfer to the United States District Court for the Southern District of New York is GRANTED. Case electronically sent. MD JS−6. Case Terminated. (twdb) (Entered: 09/06/2019) |
| 09/06/2019 | ¨ 18 | Transfer Out Transmittal Letter to Southern District of New York (twdb) (Entered: 09/06/2019) |