UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES DOMEN, an individual, and         :
CHURCH UNITED, a California not-for-    :
profit corporation,                     :
                                        :
             Plaintiffs,                :    No. 19 Civ. 8418 (AT)
                                        :
      v.                                :    ECF Case
                                        :
VIMEO, INC., a Delaware corporation, and:
DOES 1-25,                              :
                                        :
             Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please take notice of the entry of the undersigned as counsel to defendant Vimeo, Inc. in this action.

Dated: New York, New York
       September 11, 2019

>                  */s/ Michael A. Cheah*
>                  Michael A. Cheah
>                  VIMEO, INC.
>                  555 West 18th Street
>                  New York, New York 10011
>                  (212) 314-7457
>                  (212) 632-9547 (Facsimile)
>                  michael@vimeo.com
>
>                  Counsel for Vimeo, Inc.