UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES DOMEN, an individual, and CHURCH UNITED, a California not-for-profit corporation, | |
| Plaintiffs, | No. 19 Civ. 8418 (SDA) |
| v. | ECF Case |
| VIMEO, INC., a Delaware corporation, and DOES 1-25, | |
| Defendants. | |

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Memorandum in Support of Defendant Vimeo, Inc.'s Rule 12(b)(6) Motion to Dismiss and the associated Declaration of Michael A. Cheah, and the exhibits hereto, Defendant Vimeo, Inc. will move this Court, the Honorable Stewart D. Aaron, in Courtroom 11C at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all of Plaintiffs' claims against Defendant Vimeo, Inc. with prejudice.

Dated: New York, New York
October 11, 2019

                                         */s/ Michael A. Cheah*
                                         Michael A. Cheah
                                         VIMEO, INC.
                                         555 West 18th Street
                                         New York, New York 10011
                                         (212) 314-7457
                                         (212) 632-9547 (Facsimile)
                                         michael@vimeo.com

                                         Counsel for Vimeo, Inc.