**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

James Domen et al.,

                Plaintiff,

-against-

19 CIVIL 8418 (SDA)

# JUDGMENT

Vimeo, Inc. et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 15, 2020, Defendant's motion to dismiss is GRANTED and this case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         January 17, 2020

                                          **RUBY J. KRAJICK**

                                              Clerk of Court

                       **BY:**

                                              Deputy Clerk