TYLER & BURSCH, LLP
Robert H. Tyler, State Bar No. 179572
rtyler@tylerbursch.com
Nada N. Higuera, State Bar No. 299819
nhiguera@tylerbursch.com
25026 Las Brisas Road
Murrieta, California 92562
Telephone:  (951) 600-2733
Facsimile:   (951) 600-4996

Attorneys for James Domen and Church United

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DOMEN, an individual; and CHURCH UNITED, a California not-for-profit corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>VIMEO, INC., a Delaware for-profit corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No. 1:19-cv-08418-AT<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Plaintiffs JAMES DOMEN and CHURCH UNITED, a California not-for-profit corporation, hereby appeal to the United States Court of Appeals for the Second Circuit from the decision and order granting Defendant's Motion to Dismiss First Amended Complaint (ECF No. 42) entered on January 15, 2020 (ECF No. 55) and from the Judgment entered on January 17, 2020 (ECF No. 56), both of which are included in Exhibit "1" attached hereto.

DATED:  February 17, 2020    TYLER & BURSCH, LLP
                                               By:/s/ Nada N. Higuera
                                                 Nada N. Higuera, Esq.
                                                 Attorney for James Domen and Church United